# EXHIBIT C

Case 1:22-cv-02000-VM   Document 1-3   Filed 03/10/22   Page 2 of 7

# The Class Action Fairness Act: A Wolf in Wolves' Clothing

by Jay L. Himes

*Class Action Litigation Report* | May 06, 2009

**Topic:** Class Action Fairness Act

**Tags:** Antitrust and Competition

Federal court jurisdictional statutes can perhaps be likened to high-tech computer software. But what about CAFA procedure? That's not rocket science-more like plumbing.

The Class Action Fairness Act was designed to remedy "a perceived increase in plaintiffs' class actions filed in state courts," writes attorney Jay L. Himes in this Analysis & Perspective. Himes examines interlocutory appeals of federal court remand orders, and "the intersection between CAFA-covered class actions and cases that State Attorneys General bring, typically, on behalf of victimized consumers." The author then "step[s] back and comment[s] on CAFA's broader implications."

Click **here** to read the full article.

**Insights & Analyses**

We're attuned to (often ahead of) the key issues facing the market. Our archive is an arsenal. It's about arming investors with the information they need to make sound decisions.

## Useful Links

- Practice Areas
- Cases
- About Us
- News & Events

## Our Locations

New York
140 Broadway
New York, NY 10005
212-907-0700

Washington, D.C.
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
202-772-1880

## Stay Connected

- Facebook
- Twitter
- LinkedIn



INSIGHTS & ANALYSES

### The Class Action Fairness Act: A Wolf in Wolves' Clothing

Federal court jurisdictional statutes can perhaps be likened to high-tech computer software. But what about CAFA procedure? That's not rocket ...

Wednesday, May 6, 2009

**by Jay L. Himes**



INSIGHTS & ANALYSES

Client Login Portal

# Labaton Sucharow

PRACTICE AREAS | CASES | ABOUT US | NEWS & EVENTS | OUR PEOPLE | KNOWLEDGE NETWORK | CONTACT US



## The Class Action Fairness Act: A Wolf in Wolves' Clothing

by Jay L. Himes

Class Action Litigation Report | May 06, 2009

**Topic:** Class Action Fairness Act

**Tags:** Antitrust and Competition

Federal court jurisdictional statutes can perhaps be likened to high-tech computer software. But what about CAFA procedure? That's not rocket science-more like plumbing.

The Class Action Fairness Act was designed to remedy "a perceived increase in plaintiffs' class actions filed in state courts," writes attorney Jay L. Himes in this Analysis & Perspective. Himes examines interlocutory appeals of federal court remand orders, and "the intersection between CAFA-covered class actions and cases that State Attorneys General bring, typically, on behalf of victimized consumers." The author then "step[s] back and comment[s] on CAFA's broader implications."

Click here to read the full article.

### Insights & Analyses

We're attuned to (often ahead of) the key issues facing the market. Our archive is an arsenal. It's about arming investors with the information they need to make sound decisions.

---

## Useful Links

- Practice Areas
- Cases
- About Us
- News & Events

## Our Locations

**New York**
140 Broadway
New York, NY 10005
212-907-0700

**Washington, D.C.**
1050 Connecticut Avenue, NW,
Suite 500
Washington, D.C. 20036
202-772-1880

## Stay Connected

- Facebook
- Twitter
- LinkedIn

This website requires cookies to provide all of its features. For more information on what data is contained in the cookies, Please see our Privacy Policy page. To accept cookies for this site, please click the Allow button.

Allow

Attorney Advertising Disclaimer | Privacy Policy | labaton.com |
Labaton Sucharow All Rights Reserved 2019

# Labaton Sucharow

CLIENT LOGIN | KNOWLEDGE NETWORK

SEARCH

PRACTICE AREAS  CASES  ABOUT US  NEWS & EVENTS  OUR PEOPLE  CONTACT US

## Insights + Analyses  Published

We're attuned to (often ahead of) the key issues facing the market. It's about arming investors, consumers, and businesses with the information they need to make sound decisions.

**Articles filtered by:**

ALL AUTHORS

### Jay L. Himes

## Recent Posts



**INSIGHTS & ANALYSES**

### The Class Action Fairness Act: A Wolf in Wolves' Clothing

Federal court jurisdictional statutes can perhaps be likened to high-tech computer software. But what about CAFA procedure? That's not rocket …

Wednesday, May 6, 2009

by **Jay L. Himes**



**INSIGHTS & ANALYSES**

### Antitrust Looms Large in the Supreme Court's…

Leather Products, Inc. v. …

Sunday, June 1, 2008

by **Jay L. Himes**

« | 1 | 2 | **3**

**New York:** 140 Broadway | New York, NY 10005 | 212-907-0700 | www.labaton.com
**Delaware:** 300 Delaware Avenue, Suite 1340 | Wilmington, DE 19801 | 302-573-2540
**Washington, D.C.:** 1050 Connecticut Avenue, NW, Suite 500 | Washington, D.C. 20036 | 202-772-1880

Follow Us: 

Attorney Advertising
Prior results do not guarantee a similar outcome. Some visual images used herein include models.
The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2018 Labaton Sucharow LLP. All rights reserved.



