

360 Lexington Avenue
New York, New York 10017
Ira B. Matetsky
Tel: 212-922-9250
Fax: 212-922-9335
imatetsky@ganfershore.com

June 20, 2022

**BY ECF AND FEDERAL EXPRESS**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2022
```

Honorable Victor Marrero, U.S.D.J.
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Minden Pictures, Inc. v. Labaton Sucharow LLP*, No. 1:22-cv-02000-VM

Dear Judge Marrero:

    We represent Defendant in this action. We are writing to request the Court's approval of an extension for Defendant's time to answer, move, or otherwise plead with respect to the Complaint from June 22, 2022 to July 11, 2022. This is the first request for an extension of this deadline and the extension will not affect any other deadlines in the action. Plaintiff's counsel has consented to this request.

Respectfully,

Ira Brad Matetsky

cc:   R. Terry Parker, Esq.
      (by email and ECF)

---

The Defendant's request to extend the deadline to July 11, 2022, to answer, move, or otherwise plead with respect to the complaint is GRANTED.

**SO ORDERED**.

June 21, 2022

Victor Marrero
U.S.D.J.